IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KEVIN J. DAVIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No**. 3:22-CV-1337-L-BN** |
| | § | |
| **HUBGROUP,** | § | |
| | § | |
| Defendant. | § | |

### ORDER

On June 27, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 8) ("Report") was entered, recommending that the court deny Plaintiff's Motion For Leave to Proceed In Form Pauperis (Doc. 4) and order him to pay the $402 filing fee. In the event Plaintiff fails to pay the filing fee within the time ordered, the Report further recommends that the court dismiss without prejudice this action without further notice under Federal Rule of Civil Procedure 41(b) as a result of his failure to comply with a court order. No objections to the Report were filed, and the deadline for asserting objections has expired.

Having reviewed Plaintiff's Motion For Leave to Proceed In Form Pauperis (Doc. 4), the file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion For Leave to Proceed In Form Pauperis (Doc. 4) and **directs** him to pay the **$402** filing fee by **August 5, 2022**. *Failure to do so will result in dismissal without prejudice of this action under Rule 41(b) for failure to comply with a court order.*

**It is so ordered** this 15th day of July, 2022.

Sam A. Lindsay
United States District Judge

**Order – Page 2**